# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **HARLEY V. PHILLIPS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| v. ) | |
| ) | **No. 13-1450-KHV** |
| **HEALTHCARE REVENUE** ) | |
| **RECOVERY GROUP, LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

This matter is before the Court on the parties' <u>Amended Joint Stipulation Of Dismissal With Prejudice</u> (Doc. #13) filed March 27, 2014. The parties jointly move to voluntarily dismiss this action, with prejudice, with each party to bear its own costs. Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., allows a plaintiff to dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared.[1] The parties' joint stipulation satisfies Rule 41(a)(1)(A)(ii). The Court therefore instructs the Clerk of Court to dismiss all claims with prejudice with each party to bear its own costs.

Dated this 28th day of March, 2014 at Kansas City, Kansas.

s/ Kathryn H. Vratil  
KATHRYN H. VRATIL  
United States District Judge

---

[1] The complaint names John Does 1-25 as additional defendants to be identified during discovery. Plaintiff did not identify any such individuals and served summons and complaint only upon Healthcare Revenue Recovery Group, LLC. Plaintiff and Healthcare Revenue Recovery Group, LLC are the only parties who have appeared in this case.